IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:03-CV-472-F |
| ) | WO |
| ONE PARCEL OF PROPERTY ) | |
| LOCATED AT 491 1ST STREET, ) | |
| LAFAYETTE, CHAMBERS COUNTY, ) | |
| ALABAMA, with all appurtenances and ) | |
| improvements thereon, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This cause is before the Court on Willie George McCoy's Motion for Approval of Stipulation, which has apparently been filed twice and docketed as Documents #81 and #82. The Court notes that these stipulations have been signed by Claimant Willie George McCoy but not by a representative of the United States. Therefore, the Motions for Approval of Stipulation (Docs. #81, 82) are DENIED. If the parties wish to have the facts contained in these documents (Docs. #81 & 82) received by the Court as stipulated facts at the trial of this case, they should submit such stipulations in a manner that indicates a joint and mutual agreement as to these or any other facts.

DONE this 10th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE