IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:03-CV-472-F |
| ) | (WO) |
| ONE PARCEL OF PROPERTY ) | |
| LOCATED AT 491 1ST STREET, ) | |
| LAFAYETTE, CHAMBERS COUNTY, ) | |
| ALABAMA, with all appurtenances and ) | |
| improvements thereon, ) | |
| ) | |
| ONE THOUSAND FOUR HUNDRED ) | |
| FORTY DOLLARS ($1,440) IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| ONE 1996 CHEVROLET C1500 PICKUP, ) | |
| VIN 2BEC19RCT1202930, with all ) | |
| appurtenances and improvements thereon, ) | |
| ) | |
| ONE PARCEL OF PROPERTY ) | |
| LOCATED ON MARTIN LUTHER KING ) | |
| DRIVE, LAFAYETTE, CHAMBERS ) | |
| COUNTY, ALABAMA, with all ) | |
| appurtenances and improvements thereon, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of this Court, it is the

ORDER, JUDGMENT, and DECREE of the Court that judgment is hereby entered in favor

of the Plaintiff, the United States of America, and against the Claimant, Willie George

1

McCoy, with costs taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of June, 2005.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE