IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　 )　　CASE NO. 3:03cv472-F
　　　　　　　　　　　　　　　　　)　　　　(WO)
ONE PARCEL OF PROPERTY　　　　　)
LOCATED AT 491 1ST STREET,　　　)
LAFAYETTE, CHAMBERS COUNTY,　　 )
ALABAMA, WITH ALL　　　　　　　　)
APPURTENANCES AND　　　　　　　　)
IMPROVEMENTS THEREON,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　 )

FINAL DECREE OF FORFEITURE AND WARRANT OF ARREST

On May 1, 2003, a Verified Complaint for Forfeiture In Rem against the Defendant property located at 491 1st Street, Lafayette, Chambers County, Alabama, with all appurtenances and improvements thereon, was filed on behalf of the United States of America.  The Complaint alleges that the Defendant property, was used or intended to be used to commit or to facilitate the commission of a violation of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 841 et seq., which is punishable by more than one year's imprisonment; and, therefore, is subject to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 881(a)(7).

It appearing that process was fully issued in this action and returned according to law; and,

That pursuant to a Order of Notice In Rem issued by this Court, the United States Marshals Service for the Middle District

of Alabama posted a copy of the Notice of Complaint of Forfeiture and Summons on the Defendant property on July 31, 2003;

That on August 20, 27 and September 3, 2003, notice of this action was published in the Montgomery Advertiser and the Lafayette Sun newspapers;

That on August 20, 2003, Eddie G. McCoy was personally served by the United States Marshals Service a copy of the Verified Complaint for Forfeiture In Rem, and Notice of Complaint of Forfeiture and Summons;

That on August 14, 2003, Willie McCoy was personally served by the United States Marshals Service a copy of the Verified Complaint for Forfeiture In Rem, and Notice of Complaint of Forfeiture and Summons;

That on July 31, 2003, Monroe McCoy was personally served by the United States Marshals Service a copy of the Verified Complaint for Forfeiture In Rem, and Notice of Complaint of Forfeiture and Summons;

That on August 19, 2003, Monroe McCoy and Eddie G. McCoy, filed Claims and Answers to the Verified Complaint for Forfeiture In Rem;

That on September 16, 2003, Willie G. McCoy filed a Claim and Answer to the Verified Complaint for Forfeiture In Rem;

That on November 17, 2004, the Claim of Eddie G. McCoy was stricken;

That on November 29, 2004, Summary Judgment was entered

against Monroe McCoy;

That on June 28, 2005 a non-jury trial was held.  On July 6, 2005, a Memorandum Opinion and Order was entered ordering that portion "A" of the Defendant property, with all appurtenances and attachments thereon be forfeited to the United States.  The Order further held that Monroe McCoy's half interest in portion "A1" of the Defendant property, with all appurtenances and attachments thereon, belongs to the United States; however, that interest was conveyed to Willie G. McCoy to offset the taxes, fees, and costs assessed against Monroe McCoy in relation to parcel A which were paid by Willie G. McCoy; and,

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States of America for a Decree of Forfeiture, and for good cause otherwise shown, it is hereby

ORDERED, ADJUDGED, AND DECREED that Portion "A" of the Defendant property, be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.   The Defendant property, Portion "A" is more particularly described as follows:

> Commencing at the Southeast corner of Section 12, Township 22 North, Range 26 East of the St. Stephens Meridian in LaFayette, Alabama, and run in a Northerly direction along the section line 3418 feet; thence South 87° 30' West 1320.9 feet to a point in the center of the LaFayette-Fredonia public road, thence South 35° 0' West along the center of said road 326.5 feet to a POINT OF BEGINNING of the property herein conveyed; thence

continue South 35° 0' West along the center of said road
104 feet; thence South 59° 0' East 244 feet; thence North
25° 0' East 69 feet; thence North 42° 0' West 220 feet to
the POINT OF BEGINNING of the property herein conveyed.
Said property containing 0.46 acres, more or less and is
situated in  Section 12, Township 22 North, Range 26 East
of the St. Stephens Meridian in LaFayette, Alabama.

Less and except any portion of the above described real
property which lies within the boundaries of the
following described real property to-wit:

Beginning at the Southwest corner of the Southwest
quarter of the Northeast quarter of Section 12, Township
22 North, Range 26 East, in Chambers County, Alabama;
thence proceed South 87° 28' 34" East for a distance of
655.19 feet to a point on the Southeast right of way
boundary of the LaFayette-Fredonia road; thence proceed
North 40° 30' 57" East along said right of way boundary
633.45 feet to an iron pin; thence North 40° 30' 57" East
along said right of way boundary 99.41 feet to an iron
pin; thence North 62° 14' 39" East along said right of
way boundary 36.22 feet to an iron pin; thence South 55°
40' 00" East for a distance of 140.04 feet to an iron pin
and the POINT OF BEGINNING of the parcel to be described.
From said POINT OF BEGINNING proceed South 55° 40' 00"
East for a distance of 149.89 feet to an iron pin; thence
proceed South 40° 53' 00" West for a distance of 132.0
feet to an iron pin; thence North 55° 36' 32" West for a
distance of 151.25 feet to an iron pin; thence proceed
North 41° 28' 31" East for a distance of 132.01 feet to
an iron pin and the POINT OF BEGINNING. Said tract or
parcel of land is designated Parcel B on a plat or map of
the same along with other property, a copy of said map or
plat, dated November 16, 1993, prepared by James
Stothard, PLS No. 11282, is attached hereto and is made
a part hereof by reference.

The United States Marshal is hereby ORDERED to seize the above

described property and take custody and control of it.  All persons

occupying said property at time of seizure shall be given Sixty

(60) days to vacate along with all personal property and

possessions.  The United States Marshal is expressly authorized to

evict any person not vacating said property within the time

specified by the United States Marshal.  In the exercise of discretion the United States Marshal is authorized to allow persons to remain in the above described property after seizure when such continued occupancy is warranted;

The Defendant property Portion "A" shall be disposed of according to law;

The United States will release Portion "A1" to Claimant Willie G. McCoy.  The Defendant property, Portion "A1" is more particularly described as follows:

That portion of the following described property to-wit:

Commencing at the Southeast corner of Section 12, Township 22 North, Range 26 East of the St. Stephens Meridian in LaFayette, Alabama, and run in a Northerly direction along the section line 3418 feet; thence South 87˚ 30' West 1320.9 feet to a point in the center of the LaFayette-Fredonia public road, thence South 35˚ 0' West along the center of said road 326.5 feet to a POINT OF BEGINNING of the property herein conveyed; thence continue South 35˚ 0' West along the center of said road 104 feet; thence South 59˚ 0' East 244 feet; thence North 25˚ 0' East 69 feet; thence North 42˚ 0' West 220 feet to the POINT OF BEGINNING of the property herein conveyed. Said property containing 0.46 acres, more or less and is situated in  Section 12, Township 22 North, Range 26 East of the St. Stephens Meridian in LaFayette, Alabama.

Which lies within the boundaries of the following described property to-wit:

Beginning at the Southwest corner of the Southwest quarter of the Northeast quarter of Section 12, Township 22 North, Range 26 East, in Chambers County, Alabama; thence proceed South 87˚ 28' 34" East for a distance of 655.19 feet to a point on the Southeast right of way boundary of the LaFayette-Fredonia road; thence proceed North 40˚ 30' 57" East along said right of way boundary 633.45 feet to an iron pin; thence North 40˚ 30' 57" East along said right of way boundary 99.41 feet to an iron pin; thence North 62˚ 14' 39" East along said right of way boundary 36.22 feet to an iron pin; thence South 55˚

```
40' 00" East for a distance of 140.04 feet to an iron pin
and the POINT OF BEGINNING of the parcel to be described.
From said POINT OF BEGINNING proceed South 55˚ 40' 00"
East for a distance of 149.89 feet to an iron pin; thence
proceed South 40˚ 53' 00" West for a distance of 132.0
feet to an iron pin; thence North 55˚ 36' 32" West for a
distance of 151.25 feet to an iron pin; thence proceed
North 41˚ 28' 31" East for a distance of 132.01 feet to
an iron pin and the POINT OF BEGINNING. Said tract or
parcel of land is designated Parcel B on a plat or map of
the same along with other property, a copy of said map or
plat, dated November 16, 1993, prepared by James
Stothard, PLS No. 11282, is attached hereto and is made
a part hereof by reference.
```

Done this the 28th day of July, 2005.

 _____
 /s/ Mark E. Fuller
 CHIEF UNITED STATES DISTRICT JUDGE